UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL GOOCH, as the Personal Representative of the Estate of DORCUS GOOCH, Deceased | § § § § | |
| v. | § § | CASE NO. 5:16-cv-496 |
| DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER | § § § § § § | **(JURY REQUESTED)** |
| *Defendants*. | § | |

## INDEX OF MATTERS FILED WITH NOTICE OF REMOVAL

1. Civil Cover Sheet;

2. Supplement to JS 44 Civil Cover Sheet;

3. Defendant's Notice of Removal Filed in Federal Court;

4. Index of Matters Filed with Notice of Removal;

    Exhibit A:
- a. Plaintiff's Original Petition filed May 2, 2016 in State Court;
- b. Civil Citation issued by Bexar County Clerk for service on Diversicare Normandy Terrace, LLC d/b/a Normandy Terrace Healthcare and Rehabilitation Center on May 2, 2016 in State Court;
- c. Officer's Affidavit of Service on Diversicare Normandy Terrace, LLC d/b/a Normandy Terrace Healthcare and Rehabilitation Center on May 4, 2016 in State Court;
- d. Bexar County District Clerk Docket Sheet for State Court Cause No. 2016-CI-07424;
- d. Defendant Diversicare Normandy Terrace, LLC d/b/a Normandy Terrace Healthcare and Rehabilitation Center's Original Answer, Notice Pursuant to Rule 193.7 and Jury Demand filed May 26, 2016.

Exhibit B:   List of All Counsel of Record;

Exhibit C:   Notice of Filing of Notice of Removal to be filed in State Court.

FILED
5/2/2016 10:42:03 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Michelle Garcia

Case 5:16-cv-00496-OLG   Document 1-3   Filed 06/02/16   Page 3 of 20

CAUSE NO. **2016CI07424**

| | | |
|---|---|---|
| RUSSELL GOOCH, as the Personal Representative of the Estate of DORCUS GOOCH, Deceased | § § § § § | IN THE DISTRICT COURT |
| v. | § § § | 166__ JUDICIAL DISTRICT |
| DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER | § § § | BEXAR COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, RUSSELL GOOCH, as the Personal Representative of the Estate of Dorcus Gooch, Deceased, Plaintiff in the above entitled and numbered cause, complaining of DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER, Defendant herein, and for cause of action show:

I.  This is a survival action arising from nursing home negligence. Pursuant to TEX. R. CIV. P. 190.1 and 190.4, Plaintiff intends to conduct discovery under Level 3. Plaintiff will submit a proposed order with a discovery control plan to Defendant once it has appeared and answered herein. If the parties cannot agree on scheduling, a hearing to enter a discovery control plan will be set with the Court.

### PARTIES

2.  Plaintiff, RUSSELL GOOCH, is a resident of San Antonio, Bexar County, Texas.

**Exhibit A**

3. Defendant, DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER, conducts business in Bexar County, and may be served with process by serving its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701. *Service is hereby requested.*

## VENUE AND JURISDICTION

4. The causes of action arose in Bexar County, so venue properly lies in Bexar County, Texas pursuant to Section 15.001 et seq., Tex. Civ. Prac. & Rem. Code.

5. Pursuant to Tex. R. Civ. P. 47(b), all damages sought by Plaintiff are within the jurisdictional limits of the court.

6. Pursuant to Tex. R. Civ. P. 47(c)(4), this case seeks monetary relief over $200,000 but not more than $1,000,000.

## PARTIAL IDENTIFICATION NUMBERS

7. Pursuant to TEX. CIV. PRAC. & REM. CODE §30.014, Plaintiff provides the following information:

| Plaintiff | DL# | SSN |
|---|---|---|
| RUSSELL GOOCH | TX 120 | 791 |

## FACTS

8. Dorcus Gooch was 75 years old when she was admitted to Normandy Terrace on May 9, 2014, for dementia with psychotic features and rehabilitation for weakness and chronic disability. Dorcus Gooch was known by the nursing staff to be bed/chair bound, severely cognitively impaired, have a history of falls and, therefore, at high risk for falls.

9. Dorcus Gooch suffered multiple documented falls at Normandy Terrace on the following dates: June 5, 2014; June 13, 2014; June 21, 2014; June 24, 2014; June 27, 2014; July 4, 2014; July 12, 2014; October 13, 2014; and November 8, 2014.

10. On January 3, 2015, Dorcus Gooch was injured during an unwitnessed fall. She was transferred to Mission Trails Baptist Hospital, where she was diagnosed with a fractured right hip. Dorcus Gooch underwent a closed reduction intramedullary nailing of her right hip. She was transferred back to Normandy Terrace on January 9, 2015.

11. Dorcus Gooch died of unrelated causes on June 30, 2015.

## CAUSES OF ACTION

13. Plaintiff brings a survival cause of action against Defendant, pursuant to Tex. Civ. Prac. & Rem. Code §71.021.

14. The Defendant owed a duty of care to Ms. Gooch to keep her safe and free from harm. The Defendant failed in this duty and, as a consequence, Ms. Gooch suffered injuries and damages.

15. Specifically, Defendant, acting by and through its nursing department staff, in the course and scope of their employment, failed to adequately safeguard Dorcus Gooch to prevent injuries from falls. Dorcus Gooch suffered disability associated with a fall within a facility – which Medicare has classified as a "Serious Reportable Adverse Event," or "Never Event." The negligence of Defendant was a proximate cause of the injuries and damages suffered by Dorcus Gooch.

## NOTICE OF CLAIM

16. Plaintiff sent Notice of Health Care Liability Claim to Defendant Normandy Terrace Healthcare and Rehabilitation Center *via* United States Postal Service Certified Mail,

Return Receipt Requested, pursuant to Chapter 74.051-74.052 of the Texas Civil Practice & Remedies Code, on April 29, 2016.

## DAMAGES

17. The damages proximately caused by the negligence of the Defendant, for which Plaintiff sues, include:

    a. medical and hospital expenses incurred in connection with the care and treatment of DORCUS GOOCH;

    b. conscious physical pain, suffering and mental anguish of DORCUS GOOCH;

    c. physical impairment sustained by DORCUS GOOCH; and

    d. all such other damages permitted by law.

## JURY DEMAND

18. In accordance with Rule 216 of the Texas Rules of Civil Procedure, Plaintiff demands a trial by jury. Simultaneously with the filing of this petition, Plaintiff is paying the requisite jury fee.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant, DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER, be cited to appear and answer herein and that, upon full jury trial herein, Plaintiff have judgment against Defendant as alleged, together with pre- and post-judgment interest, costs of Court, and for such other and further relief, at law or in equity, to which Plaintiff is justly entitled.

Respectfully submitted,

LAW OFFICES OF GLENN W. CUNNINGHAM
14100 San Pedro Ave., Suite 550
San Antonio, Texas 78232
Telephone: (210) 228-0600
Telecopier: (210) 228-0602
glenn@cunninghamfirm.com

By: */s/ Glenn W. Cunningham*
GLENN W. CUNNINGHAM
State Bar No. 05236500
***Attorney for Plaintiff***

PRIVATE PROCESS          Case Number: 2016-CI-07424

RUSSELL GOOCH

2016CI07424 S00001

vs.

DIVERSICARE NORMANDY TERRACE LLC

(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
166th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: DIVERSICARE NORMANDY TERRACE LLC DBA NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER


BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INC


"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 2nd day of May, 2016.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 2ND DAY OF MAY A.D., 2016.

PETITION


GLENN W CUNNINGHAM
ATTORNEY FOR PLAINTIFF
14100 SAN PEDRO AVE 550
SAN ANTONIO, TX 78232-4361



**Donna Kay McKinney**
**Bexar County District Clerk**
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Laura Ann Rodriguez*, Deputy

---

**OFFICER'S RETURN**

I received this citation on _____ at _____o'clock ___M. and:( ) **executed** it by delivering a copy of the citation with the date of delivery endorsed on it to the defendant,_____ in person on the _____ at _____o'clock ___M. at:_____ or ( ) **not executed** because _____ Fees:_____ Badge/PPS #:_____
Date certification expires:_____
_____County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO this

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is_____, my date of birth is_____, and my address is _____, _____(County).
I declare under penalty of perjury that the foregoing is true and correct. Executed in _____County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant                RETURN TO COURT (DK002)

Case 5:16-cv-00496-OLG Document 1-3 Filed 06/02/16 Page 9 of 20

FILED
5/27/2016 11:22:46 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Debra Cantu

# 166th District Court of BEXAR County, Texas
100 DOLOROSA ST, #405 SAN ANTONIO TX 78205

## CASE #: 2016-CI-07424

**RUSSELL GOOCH AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF DORCUS GOOCH, DECEASED**

*Plaintiff*
**vs**
**DIVERSICARE NORMANDY TERRACE, LLC DBA NORMANDY TERRACE HEATLHCARE AND REHABILITATION CENTER**

*Defendant*

## AFFIDAVIT OF SERVICE

I, FLOYD J BOUDREAUX, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 05/04/16 8:41 am, instructing for same to be delivered upon Diversicare Normandy Terrace LLC DBA Normandy Terrace Healthcare And Rehabilitation Center By Delivering To Corporation Service Company DBA CSC-Lawyers Inc..

| | |
|---|---|
| That I delivered to | : Diversicare Normandy Terrace LLC DBA Normandy Terrace Healthcare |
| | : And Rehabilitation Center By Delivering To Corporation Service |
| | : Company DBA CSC-Lawyers Inc.. By Delivering to Sue Vertrees, |
| | : Customer Service |
| the following | : CITATION AND PLAINTIFF'S ORIGINAL PETITION |
| at this address | : 211 E. 7th St. Ste. 620 |
| | : Austin, Travis County, TX 78701 |
| Manner of Delivery | : by PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : MAY 4, 2016 9:35 am |

My name is FLOYD J BOUDREAUX, my date of birth is JAN 10th, 1943, and my address is Professional Civil Process Downtown, 2211 S. IH 35, Suite 203, Austin TX 78741, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, State of Texas, on the ____ day of _MAY_, 20_16_.

_____ Declarant
FLOYD J BOUDREAUX
381

Texas Certification#: SCH-3506 Exp. 02/28/17

Private Process Server
Professional Civil Process, San Antonio      PCP Inv#: Z16500030
830 N.E. Loop 410,Ste-209 San Antonio TX 78209   SO  Inv#: S16500017
(210) 829-1313

tomcat

+ Service Fee:   70.00
  Witness Fee:    .00
  Mileage Fee:    .00

Cunningham, Glenn W.
**E-FILE RETURN**

PRIVATE PROCESS        Case Number: 2016-CI-07424

2016CI07424 S00001

RUSSELL GOOCH
VS.
**DIVERSICARE NORMANDY TERRACE LLC**
(Note: Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
166th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: DIVERSICARE NORMANDY TERRACE LLC DBA NORMANDY TERRACE
HEALTHCARE AND REHABILITATION CENTER

BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY DBA SCS-LAWYERS INC

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 2nd day of May, 2016.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 2ND DAY OF MAY A.D., 2016.

PETITION

GLENN W CUNNINGHAM
ATTORNEY FOR PLAINTIFF
14100 SAN PEDRO AVE 550
SAN ANTONIO, TX 78232-4361

**Donna Kay McKinney**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**
**San Antonio, Texas 78205**

By: *Laura Ann Rodriguez,* Deputy

**OFFICER'S RETURN**

I received this citation on _____ at _____ o'clock ___M. and:(  ) **executed** it by delivering a copy of the citation with the date of delivery endorsed on it to the defendant, _____ in person on the _____ at _____ o'clock ___M. at: _____ or (  ) **not executed** because _____ Fees: _____ Badge/PPS #: _____
Date certification expires: _____

_____County, Texas

By: _____

OR:   VERIFICATION   OF   RETURN   (If   not   served   by   a   peace   officer)   SWORN   TO   this

_____
NOTARY PUBLIC, STATE OF TEXAS

OR:   My name is _____, my date of birth is _____, and my address is _____, _____(County).
I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, 20____.

_____
Declarant          FILE COPY (DK002)

**DOCUMENT SCANNED AS FILED**





GERARD C. RICKHOFF  DONNA KAY McKINNEY

COUNTY CLERK & DISTRICT CLERK
COURT RECORDS SEARCH



Home (/Search/)
/ Back to Search Results (/Search/SearchResults?r=4525600b-9484-42ed-86a4-b06fc5702b3c&st=l&l=gooch&fn=russell)
/ Details

# Case #2016CI07424

History  5

**Name**

RUSSELL GOOCH

**Date Filed**

05/02/2016

**Case Status**

PENDING

**Litigant Type**

PLAINTIFF

**Court**

166

### Docket Type
MALPRACTICE-MEDICAL

### Business Name

### Style
RUSSELL GOOCH

### Style (2)
vs DIVERSICARE NORMANDY TERRACE LLC

## Case History  Go To Top

← Older         Currently viewing 1 through 5 of 5 records          Newer →

| Sequence | Date Filed | Description |
|---|---|---|
| P00001 | 5/2/2016 | JURY DEMAND JURY FEE PAID |
| P00002 | 5/2/2016 | PETITION |
| P00003 | 5/2/2016 | SERVICE ASSIGNED TO CLERK 1 |
| S00001 | 5/2/2016 | CITATION<br>DIVERSICARE NORMANDY TERRACE LLC<br>ISSUED: 5/2/2016 RECEIVED: 5/4/2016<br>EXECUTED: 5/4/2016 RETURNED: 5/27/2016 |
| P00004 | 5/26/2016 | JURY DEMAND JURY FEE PAID<br>AND ORIGINAL ANSWER |



FILED
5/26/2016 12:38:24 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Victoria Angeles

Case 5:16-cv-00496-OLG   Document 1-3   Filed 06/02/16   Page 13 of 20

Cause No. 2016CI07424

| | | |
|---|---|---|
| RUSSELL GOOCH, as the Personal Representative of the Estate of DORCUS GOOCH, Deceased | § § § § | IN THE DISTRICT COURT OF |
| v. | § § | 166th JUDICIAL DISTRICT |
| DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER | § § § § | BEXAR COUNTY, TEXAS |

### DEFENDANT DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER'S ORIGINAL ANSWER, NOTICE PURSUANT TO RULE 193.7 and JURY DEMAND

COMES NOW Defendant, DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER (hereinafter "Normandy" or "Defendant"), files this its *Original Answer, Notice Pursuant to Rule 193.7 and Jury Demand* and respectfully show unto the Court as follows:

### I.
#### DEFENDANT NORMANDY'S ORIGINAL ANSWER

Subject to such stipulations and admissions as may hereinafter be made, Defendant Normandy asserts a general denial as authorized by TEX. R. CIV. P. 92, and respectfully requests that Plaintiff be required to prove the charges and allegations made against it by a preponderance of the evidence or such greater quantum of evidence as required by the Constitution and Laws of the State of Texas.

### II.
#### AFFIRMATIVE DEFENSES

Defendant Normandy expressly invokes the protections, defenses and limitations authorized by Chapters 74 and 41 of the Texas Civil Practice & Remedies Code including, but

not limited to, the standards, burden of proof, and limits on damages established therein. Pleading further, Defendant expressly invokes the defenses authorized by Chapter 74, Subchapter G of the Texas Civil Practice & Remedies Code.

### III.
### PROXIMATE CAUSE

Defendant Normandy states that no act or omission on the part of Normandy was the proximate cause of any injuries and/or damages to Plaintiff. Defendant contends that the sole cause or causes of the injuries and/or damages of Plaintiff, if any, are wholly unrelated to any act or omission on the part of this Defendant.

### IV.
### NEW AND INDEPENDENT CAUSES

Defendant Normandy contends that any and all injuries, and/or damages sustained by Plaintiff were solely and proximately caused by a new and independent cause and/or a superseding intervening cause separate and apart from anything this Defendant allegedly did or failed to do. Further, Defendant Normandy would show that the incident or incidents made the basis of this suit were the result of events and/or conditions wholly beyond the scope and control of this Defendant and for which this Defendant was not responsible.

### V.
### UNAVOIDABILITY

Defendant Normandy would show that the incident or incidents made the basis of this suit were unavoidable and, therefore, not proximately caused by any acts, omissions, and/or negligence on the part of this Defendant. The conduct of this Defendant, if any, was not a substantial cause of Plaintiff's alleged injuries. Plaintiff's injuries and damages, if any, were not the result of any acts or omissions of this Defendant.

## VI.
### CONTRIBUTORY NEGLIGENCE

Defendant Normandy would show that any, some, or all of the damages sustained by the decedent were the result, in whole or in part, of the decedent failing to act as reasonable, ordinary, prudent persons would have and should have acted under the same or similar circumstances.

## VII.
### RECOVERY OF MEDICAL EXPENSES

Defendant Normandy contends that Plaintiff's right to recovery of medical or health care expenses is limited to the amount actually paid or incurred by or on behalf of Plaintiff. TEX. CIV. PRAC. & REM. CODE § 41.0105.

## VIII.
### RULE 193.7 NOTICE

Under Texas Rule of Civil Procedure 193.7, Defendant intends to use all documents produced by Defendant in pretrial proceedings and/or at trial in the above-referenced litigation.

## IX.
### JURY DEMAND

Defendant hereby demands a trial by jury and has tendered the appropriate fee with this Answer.

## X.
### PRAYER

For these reasons, Defendant, DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION, asks the Court to dismiss this suit or render judgment that Plaintiff, RUSSELL GOOCH, as the Personal Representative of the Estate of DORCUS GOOCH, deceased, take nothing, that the Court dismiss this lawsuit and/or render judgment in favor of Defendant; that Defendant be awarded all

costs and expenses incurred; and for any and all other and further relief, both at law and in equity, to which Defendant may be justly entitled.

Respectfully submitted,

**HOBLIT DARLING RALLS HERNANDEZ & HUDLOW LLP**
Bank of America Plaza
300 Convent Street, Suite 1450
San Antonio, Texas 78205
Telephone No. (210) 224-9991
Facsimile No. (210) 226-1544

By: _____
STEPHEN R. DARLING
State Bar No. 05386500
Email: sdarling@hdr-law.com
JAMES J. LEECH
State Bar No. 24070131
Email: jleech@hdr-law.com

**ATTORNEYS FOR DEFENDANT DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER**

### CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2016, the foregoing document was electronically filed with the Clerk of the Court, and all known counsel of record as indicated below will receive notification of such filing in accordance with the Texas Rules of Civil Procedure.

Glenn W. Cunningham  *Via Electronic Service*
Law Offices of Glenn W. Cunningham
14100 San Pedro Ave., Suite 550
San Antonio, Texas 78232

James J. Leech

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL GOOCH, as the Personal Representative of the Estate of DORCUS GOOCH, Deceased | § § § § | |
| v. | § § | CASE NO. _____ |
| DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER | § § § § § § | **(JURY REQUESTED)** |
| *Defendants*. | § | |

**LIST OF ALL COUNSEL OF RECORD**

**Attorneys for Defendant Diversicare Normandy Terrace, LLC d/b/a Normandy Terrace Healthcare and Rehabilitation Center**

Stephen R. Darling
Texas Bar No. 05386500
Federal ID No. 8743
Email: *sdarling@hdr-law.com*
Thomas A. Cowen
Texas Bar No. 04927600
Federal ID No. 10707
Email: *tcowen@hdr-law.com*
HOBLIT DARLING RALLS
   HERNANDEZ & HUDLOW, L.L.P.
Bank of America Plaza
300 Convent Street, Suite 1450
San Antonio, Texas  78205
Telephone:  (210) 224-9991
Facsimile:  (210) 226-1544

**Exhibit B**

**Attorney for Plaintiff Russell Gooch, as the Personal Representative of the Estate of Dorcus Gooch, Deceased**

Glenn W. Cunningham
Texas State Bar No. 05236500
Email: *glenn@cunninghamfirm.com*
LAW OFFICES OF GLENN W. CUNNINGHAM
Pacific Plaza, Suite 550
14100 San Pedro Avenue
San Antonio, Texas 78232
Telephone:  (210) 228-0600
Facsimile:  (210) 228-0602

Cause No. 2016CI07424

| | | |
|---|---|---|
| RUSSELL GOOCH, as the Personal Representative of the Estate of DORCUS GOOCH, Deceased | § § § § | IN THE DISTRICT COURT OF |
| v. | § § | |
| | § | 166th JUDICIAL DISTRICT |
| DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER | § § § § | BEXAR COUNTY, TEXAS |

### DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on June 2, 2016, Defendant, DIVERSICARE NORMANDY TERRACE, LLC d/b/a NORMANDY TERRACE HEALTHCARE AND REHABILITATION CENTER, by and through the undersigned counsel of record, filed in the United States District Court for the Western District of Texas, San Antonio Division, a Notice of Removal. A true and correct copy of the Notice is attached hereto as Exhibit "A" and incorporated herein verbatim.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446, the filing of such Notice in the United States District Court, together with the filing of a copy of the Notice with this Court, effects the removal of this action, and this Court may proceed no further unless and until the case is remanded.

**Exhibit C**

                                            Respectfully submitted,

                                            **HOBLIT DARLING RALLS**
                                                  **HERNANDEZ & HUDLOW LLP**
                                            Bank of America Plaza
                                            300 Convent Street, Suite 1450
                                            San Antonio, Texas 78205
                                            Telephone No. (210) 224-9991
                                            Facsimile No. (210) 226-1544

By: _____
                          STEPHEN R. DARLING
                          State Bar No. 05386500
                          Email: sdarling@hdr-law.com
                          JAMES J. LEECH
                          State Bar No. 24070131
                          Email: jleech@hdr-law.com

                          **ATTORNEYS FOR DEFENDANT**
                          **DIVERSICARE LAMPASAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2016, the foregoing document was electronically filed with the Clerk of the Court, and all known counsel of record as indicated below will receive notification of such filing in accordance with the Texas Rules of Civil Procedure.

| | |
|---|---|
| Glenn W. Cunningham<br>Law Offices of Glenn W. Cunningham<br>14100 San Pedro Ave., Suite 550<br>San Antonio, Texas 78232 | *Via Electronic Service* |

_____
James J. Leech