# UNITED STATES DISTRICT COURT
Western District of Texas
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas 78206

Jeannette J. Clack
Clerk of Court

August 25, 2016

Clerk
BEXAR COUNTY DISTRICT COURT
100 Dolorosa, 2nd Floor
San Antonio, TX 78205

I, JEANNETTE J. CLACK, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the 166th Judicial District Court of Bexar County, Texas, pursuant to an Order entered remanding, by the Honorable Orlando L. Garcia, Chief District Judge. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-16-CV-496-OG, Russell Gooch vs. Diverscare Normandy Terrace LLC.

IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 25th day of August, 2016.

JEANNETTE J. CLACK CLERK

BY: _____

Wayne Garcia, Deputy Clerk